IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TALAT MOHAMAD KAHIL,

      Petitioner,           No. CIV-S-07-0553 WBS KJM P

    vs.

ALBERTO GONZALEZ, et al.,      ORDER

      Respondents.

_____/

      Petitioner is a federal detainee proceeding pro se and in forma pauperis with an application for writ of habeas corpus. In light of the complexity of the legal issues involved, the court has determined that the interests of justice require appointment of counsel. See 18 U.S.C. § 3006A(a)(2)(B); see also Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983).

      Accordingly, IT IS HEREBY ORDERED that:

      1. The Federal Defender is appointed to represent petitioner.

      2. The Clerk of the Court is directed to serve a copy of the petition and this order on David Porter, Assistant Federal Defender.

/////

/////

/////

1

Dockets.Justia.com

3. Petitioner's counsel shall contact the Clerk's Office to make arrangements for copies of documents in the file.

4. A status conference is set for May 9, 2007 at 10:00 a.m. in Courtroom 26.

5. Petitioner shall appear at the conference through counsel.

DATED: March 29, 2007.

_____
U.S. MAGISTRATE JUDGE

1
kahi0553.110a