DANIEL J. BRODERICK, Bar #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 "I" Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Petitioner
TALAT MOHAMAD KAHIL,

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TALAT MOHAMAD KAHIL, | ) |
| | ) No. CIV S-07-0553 WBS KJM P |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) **ORDER** |
| ALBERTO GONZALEZ, et al., | ) |
| | ) |
| Respondents. | ) |

Pursuant to this Motion for Substitution of Counsel and for the reasons stated therein, IT IS HEREBY ORDERED that CAROLYN PHILLIPS shall be substituted in as counsel for Petitioner in place of the Office of the Federal Defender for the Eastern District of California.

Dated: April 16, 2007.

_____
U.S. MAGISTRATE JUDGE