IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TALAT MOHAMAD KAHIL,

    Petitioner,                 No. CIV S-07-0553 WBS KJM P

    vs.

ALBERTO GONZALEZ, et al.

    Respondents.            <u>ORDER</u>

                               /

            As requested in petitioner's June 8, 2007 status report, petitioner shall file a second status report within thirty days of this order.

DATED: June 15, 2007.

                                                               U.S. MAGISTRATE JUDGE

1
kabi0553.sta

1