IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TALAT MUHAMAD KABIL,

    Petitioner,                    No. CIV-S-07-0553 WBS KJM P

    vs.

ALBERTO R. GONZALEZ, et al.,

    Respondents.                <u>ORDER</u>

_____/

        Petitioner, a Department of Homeland Security detainee, has filed an application for writ of habeas corpus under 28 U.S.C. § 2241. Since petitioner may be entitled to the requested relief if he can establish a violation of his Constitutional rights, respondents are directed to file an answer within twenty days of the effective date of this order. <u>See</u> 28 U.S.C. § 2243. Respondents shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in petitioner's habeas application. Petitioner may file a reply within twenty days of service of the answer.

DATED: December 6, 2007

                                                        U.S. MAGISTRATE JUDGE

1/kabi0553.200(8.07.07)