IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TALAT MOHAMED KABIL,

    Petitioner,                    No. CIV S-07-0553 WBS KJM P

    vs.

MICHAEL CHERTOFF, et al.,        ORDER AND

    Respondents.              FINDINGS AND RECOMMENDATIONS

_____/

        Petitioner has filed an application for writ of habeas corpus challenging his detention by respondents. On March 22, 2008 petitioner filed a motion asking that the court expedite decision of his habeas petition. Good cause appearing, petitioner's request will be granted.

        A review of the Ninth Circuit Court of Appeal's docket in the case of <u>Kabil v. Mukasey</u>, case number 07-70017, reveals that the stay of removal previously entered in that case with respect to petitioner was vacated on March 12, 2008. Therefore, it appears that petitioner's retention in the custody of respondents is now authorized by 8 U.S.C. § 1231(a) for at least 90 days from March 12, 2008 while respondents try to remove petitioner. Therefore, the court will recommend that petitioner's application for writ of habeas corpus be dismissed.

/////

1  In accordance with the above, IT IS HEREBY ORDERED that petitioner's "request for action on the habeas petition" (#27) is granted; and

IT IS HEREBY RECOMMENDED that petitioner's application for writ of habeas corpus be dismissed.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections shall be served and filed within ten days after service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: May 2, 2008.

_____
U.S. MAGISTRATE JUDGE

---

1  
kabi0553.157