Carolyn D. Phillips #103045
Attorney at Law
P.O. Box 5622
Fresno, California  93755-5622
559/248-9833
fax 248-9820

Attorney for Talat Kabil

# IN THE UNITED STATES DISTRICT COURT IN AND FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TALAT MUHAMAD KABIL,<br><br>    Petitioner,<br><br>vs.<br><br>MICHAEL CHERTOFF, *et al.*,<br><br>    Respondent. | Case No. CV-S-07-553 WBS KJM P<br><br>**ORDER GRANTING PETITIONER'S REQUEST FOR AN EXTENSION OF TIME TO FILE OBJECTIONS TO MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS** |

IT IS THE ORDER OF THIS COURT THAT petitioner TALAT KABIL'S request for an extension of time to file objections to the magistrate judge's findings and recommendations is HEREBY GRANTED.

Petitioner's objections shall be filed July 1, 2008.

Dated:  May 30, 2008.

_____
U.S. MAGISTRATE JUDGE

*Order Granting Extension of Time to File Objections to Magistrate Judge's Findings And Recommendations;  Kabil v. Chertoff, et al., No. CV S 07-553 WBS KJM P*                    1