IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TALAT MOHAMED KABIL,

    Petitioner,                    No. CIV S-07-0553 WBS KJM P

    vs.

MICHAEL CHERTOFF, et al.,

    Respondents.               ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On May 5, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.  In his response to the Magistrate Judge's findings and recommendations, petitioner acknowledges that his deportation renders moot the issues raised in the petition.  As a result, no objections to the Magistrate Judge's findings and recommendations were filed.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case.  Having carefully reviewed the

1

1  entire file, the court finds the findings and recommendations to be supported by the record and
2  by proper analysis.
3          Accordingly, IT IS HEREBY ORDERED that:
4          1. The findings and recommendations filed May 5, 2008, are adopted in full; and
5          2. Petitioner's application for writ of habeas corpus is dismissed.
6  DATED: August 20, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

12  /kabi0553.805